dmclaybrooksinf

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 14 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DONNA M. CLAYBROOKS, <br> and TIARLEANE D. MONROE, <br><br> Defendants. | MAGISTRATE CASE NO. 05-00012 <br><br> **INFORMATION** <br><br> **POSSESSION OF A CONTROLLED SUBSTANCE** <br> [21 U.S.C. § 844(a)] <br> **(Class A Misdemeanor)** |

THE UNITED STATES ATTORNEY CHARGES:

On or about the 25th day of February 2005, in the District of Guam, on Andersen AFB, Guam, the defendants, DONNA M. CLAYBROOKS and TIARLEANE D. MONROE, knowingly possessed less than 1 ounce of Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

Dated this 13th day of April 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney