FILED
DISTRICT COURT OF GUAM
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT

U.S. MARSHALS GUAM
RECEIVED
15 APR 2005 14 00 01

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

DONNA M. CLAYBROOKS

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

③

Case Number:   MG-05-00012-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before:   HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Monday, April 18, 2005 at 1:30 p.m. |

To answer a(n)
Indictment   **X**   Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title  __21__  United States Code, Section(s)  __844(a)__

Brief description of offense:

**POSSESSION OF A CONTROLLED SUBSTANCE**

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

April 14, 2005
Date

## RETURN OF SERVICE

|  | Date |
|---|---|
| Service was made by me on:[1] | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-15-05
           Date

JOAQUIN L.G. SALAS
Name of United States Marshal

SDUSM FRANKLIN J. TAITAGUE
(by) Deputy United States Marshal

Remarks: INDIVIDUAL WAS CONTACTED & INFORMED OF COURT HEARING.

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.