# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
RECEIVED
15 APR 2005 14 00 01

UNITED STATES OF AMERICA
V.

**TIARLEANE D. MONROE**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: MG-05-00012-002

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | **Monday, April 18, 2005 at 1:30 p.m.** |

To answer a(n)

Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title ____21____ United States Code, Section(s) ____844(a)____

Brief description of offense:

**POSSESSION OF A CONTROLLED SUBSTANCE**

**ORIGINAL**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**April 14, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Date
Service was made by me on:[1] FRANKLIN J. TAITAGUE    4-15-05

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: TUMON, GUAM

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on __4-15-05__    __JOAQUIN L.G. SALAS__
Date                       Name of United States Marshal

__SIDUSM FRANKLIN J. TAITAGUE__
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.