


DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>**DONNA M. CLAYBROOKS,**<br><br>        Defendant. | MAGISTRATE<br>CRIMINAL CASE NO. 05-00012-001<br><br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to April 14, 2005.

Dated this 18TH day of April, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM