# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### MAGISTRATE CRIMINAL MINUTES

**CASE NO. MG-05-00012**  **DATE: 05/11/2005**  TIME:

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Recorder: Jamie Phelps
Hearing Electronically Recorded: 10:55:39 - 11:06:16

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda / N. Edrosa

13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **A P P E A R A N C E S** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: DONNA M. CLAYBROOKS**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.

**ATTY: KIM SAVO**
( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** THOMAS SHELDON

**AGENT:**

**U.S. PROBATION:** JOHN SAN NICOLAS

**U.S. MARSHAL:** S. LUJAN

**PROCEEDINGS:  CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __24__  HIGH SCHOOL COMPLETED: TWO YEARS COLLEGE
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: POSSESSION OF A CONTROLLED SUBSTANCE
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: NO WRITTEN PLEA   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.
( X ) SENTENCING DATE: AUGUST 10, 2005 at 10:30 A.M.  ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: JULY 6, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to her case heard by a U.S. Magistrate Judge. Defendant entered his plea of guilty without a written plea agreement.

/s/ SPD
ACKNOWLEDGED RECEIPT
By: _____
Date: 5-11-05