

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>TIARLEANE D. MONROE<br>Defendant. | USDC MG Cs. No. 05-00012-002<br><br>**INFORMATION REPORT** |

On April 18, 2005, Tiarleane D. Monroe made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on an Information charging her with Possession of a Controlled Substance (Class A Misdemeanor), in violation of 21 U.S.C. §844(a). Ms. Monroe was granted pretrial release with conditions. She is alleged to have violated the following condition:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* May 10, 2005, Tiarleane Monroe tested presumptively positive for the use of marijuana. She denied use and the specimen was sent to Quest Diagnostics Laboratory for confirmation testing. On May 17, 2005, the spcimen was confirmed positive for the presence of marijuana.

**Special condition:** *Surrender any passport to: Clerk of Court, District Court of Guam.* Tiarleane Monroe has advised the undersigned and her attorney that she has searched for her passport and has been unable to locate it. She stated that she understands that should the passport be found, she will surrender it to the Court.

**Supervision Compliance:** Tiarleane Monroe has tested negative for the use of controlled substances on two occasions. The probation officer has no information that suggests that she has not complied with other conditions of pretrial release.

**Recommendation:** This report is informational in nature and the probation officer respectfully requests that no action be taken at this time.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
GRACE D. FLORES
U.S. Probation Officer

**FILED**
DISTRICT COURT OF GUAM

MAY 24 2005

MARY L.M. MORAN
CLERK OF COURT

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
    Curtis Van De Veld, Defense Attorney
    File