ORIGINAL
FILED
DISTRICT COURT OF GUAM
JUN 3 0 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC MG Cs. No. 05-00012-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INFORMATIONAL REPORT |
| | ) | |
| DONNA MARIE CLAYBROOKS | ) | |
| Defendant. | ) | |
| | ) | |

On April 18, 2005, Donna Marie Claybrooks made an initial appearance before Magistrate Judge Joaquin V. E. Manibusan Jr. on a Information charging her with Possession of a Controlled Substance (Class A Misdemeanor), in violation of 21 U.S.C. §844(a). Ms. Claybrooks was granted pretrial release with conditions. On May 11, 2005, She pled guilty to the offense charged. Ms. Claybrooks is alleged to have violated the following condition:

**Special condition:** *Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.* On May 18, 2005, Donna Claybrooks tested presumptively positive for the use of marijuana. She denied use and the specimen was sent to Quest Diagnostics Laboratory for confirmation testing which substituted the positive result for the use of marijuana. Ms. Claybrooks continues to assert that she has not used marijuana while on pretrial release.

This Officer contacted Quest Diagnostics Laboratory and spoke with Certifying Scientist Dr. Lou Jambor. Dr. Jambor stated that the specimen taken on May 18, 2005 had a marijuana level of 42 ng/ml. After analyzing the results of this test and previous tests, Dr. Jambor indicated that the positive test results could be from drug use on April 17, 2005, which was prior to the defendant's initial appearance in the District Court and her release to pretrial supervision.

**Supervision Compliance:** This probation officer has no information that suggests that Donna Claybrooks has not complied with other conditions of pretrial release.

Informational Report
Re:    CLAYBROOKS, Donna Marie
USDC MG Cs. No. 05-00012-001
June 29, 2005
Page 2


**Recommendation:** This report is informational in nature and this Officer respectfully requests that no action be taken.

>                                        Respectfully submitted,
>
>                                        FRANK MICHAEL CRUZ
>                                        Chief U.S. Probation Officer
>
>
>                              By:       *[signature]*
>                                        GRACE D. FLORES
>                                        U.S. Probation Officer

Reviewed by:

*[signature]*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Karon Johnson, AUSA
       Kim Salvo, Assistant Federal Public Defender
       File