DClaybrooks.APR

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUL 27 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DONNA M. CLAYBROOKS, )<br>)<br>Defendant. )<br>_____) | MAGISTRATE CASE NO. 05-00012-001<br><br>**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

    Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

    Respectfully submitted this 27th day of July, 2005.

                                             LEONARDO M. RAPADAS
                                             United States Attorney
                                             Districts of Guam and NMI

                               By: _____
                                             JOSEPH TOCK
                                             Special Assistant U.S. Attorney



ORIGINAL

-1-

## CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on July 27, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in <u>United States v. Donna M. Claybrooks</u>, Magistrate Case No. 05-00012-001 to the following counsel:

>Kim Savo
>Assistant Federal Public Defender
>First Hawaiian Bank Bldg., Suite 501
>400 Route 8
>Mongmong, Guam 96910
>
>FAX: 472-7120

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney